```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TERRY J. KURTZHALS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3018 |
| | ) | |
| v. | ) | |
| | ) | |
| ALAN GRELL, Individually and in his capacity as a police officer in the City of Lincoln, Nebraska, CHAD HEIN, Individually and in his capacity as a police officer in the City of Lincoln, Nebraska, and LINCOLN, CITY OF, Nebraska, | ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for refund of duplicate payment for filing fees, filing 3, is granted and the clerk of court is directed to return the duplicate payment to counsel for plaintiff.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge