```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TERRY J. KURTZHALS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3018 |
| | ) | |
| V. | ) | |
| | ) | |
| ALAN GRELL and CHAD HEIN, in their individual and official capacities, and the CITY OF LINCOLN, NEBRASKA, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

The parties' joint motion to reschedule the telephonic planning conference, filing 17, is granted. The telephonic planning conference will be held on June 11, 2008 at 9:30 a.m. Counsel for the plaintiff shall place the call.

DATED this 16th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge