FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 JUN 13 PM 4:01

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY J. KURTZHALS, | ) | Case No. 4:08-cv-03018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| ALAN GRELL, individually and in his | ) | UNITED STATES MAGISTRATE |
| capacity as a police officer in the City of | ) | AND ORDER OF REFERENCE |
| Lincoln, Nebraska, CHAD HEIN, individually | ) | |
| and in his capacity as a police officer in the | ) | |
| City of Lincoln, Nebraska, and THE CITY OF | ) | |
| LINCOLN, NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney | Name of Party | Date |
|---|---|---|
| *[signature]* Brett McArthur, #20204 | For Terry J. Kurtzhals, Plaintiff | 6/13/08 |
| *[signature]* Richard C. Anderson, #10097 | For Alan Grell, individually and in his capacity as a police officer in the City of Lincoln, Nebraska, Chad Hein, individually and in his capacity as a police officer in the City of Lincoln, Nebraska, and the City of Lincoln, Nebraska, Defendants | 6/0/08 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

June 13, 2008
Date

*[signature]*
United States District Judge