IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY J. KURTZHALS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3018 |
| | ) | |
| V. | ) | |
| | ) | |
| ALAN GRELL and CHAD HEIN, in their individual and official capacities, and the CITY OF LINCOLN, Nebraska, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff's counsel experienced technological difficulties in filing his brief opposing the defendants' motion for summary judgment, (filing 21), and in favor of his motion for partial summary judgment, (filing 24). The plaintiff's brief was ultimately filed on July 8, 2008. To facilitate an orderly progression for fair resolution of these motions on the merits,

1. The defendants are given until July 31, 2008 to file their response to the plaintiff's motion for partial summary judgment and their reply to the plaintiff's brief opposing defendants' motion for summary judgment.

2. The plaintiff may file a reply to the defendants' brief opposing the plaintiff's motion for partial summary judgment within five business days after the defendants' brief is filed.

3. Absent a court-ordered extension of the deadlines set forth herein, the parties' motions for summary judgment will be deemed fully submitted seven business days following the conclusion of the briefing schedule set forth in this order.

DATED this 9th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge